UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. LINDSEY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:10-cv-01402-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO TAKE PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE<br><br>[ECF No. 48] |

　　　Plaintiff Alvaro Quezada is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　In June 26, 2014, Defendants filed a request to take Plaintiff's deposition via videoconference to eliminate numerous hours of travels and expenses associated with such traveling.

　　　Good cause having been presented to the Court, Defendants' request to take Plaintiff's deposition via videoconference is GRANTED.

IT IS SO ORDERED.

　Dated:   **June 27, 2014**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1