UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. LINDSEY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:10-cv-01402-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND REQUEST TO EXTEND TIME TO FILE AN OPPOSITION TO DEFENDANTS' PENDING MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 58] |

　　　　Plaintiff Alvaro Quezada is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 19, 2014, Plaintiff filed a second motion to extend the time to file an opposition to Defendants' motion for summary judgment.

　　　　The Court previously granted Plaintiff a thirty day extension of time to file an opposition to Defendants' motion on November 18, 2014. (ECF No. 57.) In addition, on September 4, 2014, the Court granted Plaintiff's request to defer ruling on the Defendants' motion for summary judgment until the then-pending motion to compel was resolved. (ECF No. 53.) On October 30, 2014, the Court resolved Plaintiff's motion to compel, and Plaintiff was directed to file an opposition within thirty days. (ECF No. 52.)

　　　　The Court will grant Plaintiff one final extension of time to file an opposition. Defendants' motion for summary judgment has been pending since July 2014. (ECF No. 50.) The Court has

resolved the pending discovery matters, and although the discovery deadline does not expire until December 30, 2014, the Court will not delay ruling on the pending motion for summary judgment relating to exhaustion of the administrative remedies for Plaintiff to pursue discovery relating to the merits of this case.  Plaintiff has had ample time to request and receive discovery documents relating to exhaustion of the administrative remedies, and Plaintiff present motion for a further extension merely cites to several discovery requests and responses thereto.  Plaintiff merely argues in conclusory terms that such discovery requests relate to exhaustion of the administrative remedies.  Indeed, in the instant motion, Plaintiff appears to present legal and factual arguments relating to the exhaustion of the administrative remedies, which should appropriately be raised in an opposition to Defendants' motion for summary judgment.  Furthermore, Plaintiff's present motion is 339 pages in length, consisting of 20 pages of argument and 319 pages of exhibits.  Plaintiff repeatedly directs the Court to several of the exhibits, stating for instance, "Plaintiff request the Court to review the following request(s) and response(s) of production in Ex. 'VII' Nos' 5-6, 8, 16, 18, and No. 20.  Now plaintiff request the court to review plaintiff's NC-Letter dated Nov. 18, 2014; now see the Def.s' responses to No.s' 5-6, 8, 16-18, and No. 20."  (ECF No. 58, Motion at 17:19-23.)  Plaintiff is advised that it is not the duty of the Court to wade through numerous exhibits to piece together and determine the exact nature of Plaintiff's arguments.  Rather, it is incumbent upon Plaintiff to set forth all arguments in a concise and clear manner with or without reference to supporting documents.   While the Court is mindful that Plaintiff is proceeding pro se, the Court finds that an additional thirty (30) days is sufficient time for Plaintiff to file an opposition to Defendants' motion for summary judgment, given the length of time Defendants' motion has been pending and Plaintiff's prior extensions.[1]  <u>No further extensions of time will be granted, absent a showing of extraordinary circumstances, not present here</u>.

///

///

///

---

[1] The Court also notes that Defendants previously filed a motion to dismiss the complaint for failure to exhaust under Rule 12(b) of the Federal Rules of Civil Procedure (prior existing authority), and Plaintiff filed a lengthy opposition, with supporting documents.  (ECF Nos. 32, 34.)

Based on the foregoing,

IT IS HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an opposition to Defendants' motion for summary judgment.  <u>No further extensions of time will be granted, absent a showing of extraordinary circumstances, not present here</u>.

IT IS SO ORDERED.

Dated:   **December 24, 2014**

UNITED STATES MAGISTRATE JUDGE