UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA,<br><br>    Plaintiff,<br><br>    v.<br><br>R. LINDSEY, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-01402-AWI-SAB (PC)<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' REQUEST TO EXTEND THE TIME TO FILE A DISPOSITIVE MOTION<br><br>[ECF Nos. 73, 75] |

Plaintiff Alvaro Quezada is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

 On March 5, 2015, Defendants requested and this Court granted an extension of time to file a dispositive motion. (ECF Nos. 72, 73.) In the request, defense counsel declared that Defendant Patel recently suffered a stroke and is unavailable to review or sign a declaration to support a motion for summary judgment. (ECF No. 72.)

On March 16, 2015, Plaintiff filed objections to the Defendants' request for an extension of time to file a dispositive motion. (ECF No. 71.)

///

///

///

///

1

1  Plaintiff's objections do not overcome the showing of good cause presented by Defendants in
2  their motion to extend the time to file a dispositive motion, and IT IS HEREBY ORDERED that
3  Plaintiff's objections to Defendants' request to extend the time are OVERRULED.

IT IS SO ORDERED.

Dated:   **March 17, 2015**

UNITED STATES MAGISTRATE JUDGE

2