UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA,<br><br>   Plaintiff,<br><br>   v.<br><br>R. LINDSEY, et al.,<br><br>   Defendants. | Case No.: 1:10-cv-01402-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO LODGE COPY OF PLAINTIFF'S DEPOSITION WITHIN FIVE DAYS |

Plaintiff Alvaro Quezada is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 1, 2015, Defendants filed a motion for summary judgment and attached portions of Plaintiff's deposition as an exhibit to their statement of undisputed facts. Although Defendants filed a notice of lodging of the copy of the deposition (ECF No. 79), the Court never received a copy of the deposition as required by Local Rule 133(j). Accordingly, it is HEREBY ORDERED that Defendants shall lodge a hard copy of Plaintiff's complete deposition within five (5) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **January 20, 2016**

UNITED STATES MAGISTRATE JUDGE

1