# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA,<br><br>            Plaintiff,<br><br>      v.<br><br>R. LINDSEY, et al.,<br><br>            Defendants. | Case No.: 1:10-cv-01402-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF SUBPOENAS<br><br>[ECF No. 103] |

Plaintiff Alvaro Quezada is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for the issuance of subpoenas, filed September 27, 2016. Plaintiff requests that the Court issuance subpoenas for the attendance of witnesses at trial.

This case is currently set for a settlement conference before Magistrate Judge Craig M. Kellison on November 3, 2016, at 9:00 a.m. in Courtroom 4 at the United States District Court in Sacramento, California. Plaintiff is advised that if and when this case for jury trial, the Court will issue a scheduling order setting forth the deadlines and procedures for the attendance of witnesses at trial. Accordingly, Plaintiff's motion for issuance of subpoenas is DENIED.

IT IS SO ORDERED.

Dated:   **September 28, 2016**

UNITED STATES MAGISTRATE JUDGE

1