# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA,<br><br>    Plaintiff,<br><br>    v.<br><br>R. LINDSEY, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-01402-DAD-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE ACTION<br><br>[Doc. 112] |

      Plaintiff Alvaro Quezada is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On February 24, 2017, the parties filed a stipulation to dismiss the action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorney's fees.

IT IS SO ORDERED.

Dated:   **March 3, 2017**

                                          UNITED STATES MAGISTRATE JUDGE